IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
Oct 27, 2014

IN RE: )
)
JIMMY KYLE WILSON and ) Case No. 13-11121-M
CARA ELISABETH WILSON, ) Chapter 7
)
Debtors. )

### ORDER DISALLOWING THE CLAIM OF CAPITAL ONE, N.A., CLAIM NO. 10

After review and consideration of the Trustee's Objection to the Claim of Capital One, N.A., Claim No. 10, (the "Objection"), the Request for Order Disallowing the Claim of Capital One, N.A., Claim No. 10, and the pleadings on file in this case, the Court finds:

1. Notice of the Objection was proper.

2. No objections to the Objection have been filed.

3. The claim of Capital One, N.A., Claim No. 10, should be disallowed as a timely filed unsecured claim and allowed as a tardy filed unsecured claim in the amount of $1,934.33.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Claim of Capital One, N.A., Claim No. 10, is disallowed as a timely filed unsecured claim and allowed as a tardily filed unsecured claim in the amount of $1,934.33.

DATED this 27th day of October, 2014.

TERRENCE L. MICHAEL, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

Submitted by:

s/Scott P. Kirtley
Scott P. Kirtley
Riggs, Abney, Neal,
Turpen, Orbison & Lewis
Attorneys for Trustee